UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14028-CANNON/MAYNARD

18 U.S.C. §§ 2251 (a) & (e)
18 U.S.C. § 2253

FILED BY  MB  D.C.
Jul 13, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

vs.

FREDERICK ANDERSON BOWEN,

Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### Production of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. §§ 2251 (a), (e) & 2)

On or about August 11, 2021, in Highlands County, in the Southern District of Florida, the defendant,

**FREDERICK ANDERSON BOWEN,**

did employ, use, persuade, induce, entice, and coerce, a minor, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials, that is, an iPhone XR, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

## COUNT TWO

### Production of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. §§ 2251 (a), (e) & 2)

On or about October 2, 2021, in Highlands County, in the Southern District of Florida, the defendant,

**FREDERICK ANDERSON BOWEN,**

did employ, use, persuade, induce, entice, and coerce, a minor, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials, that is, an iPhone XR, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

## FORFEITURE

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FREDERICK ANDERSON BOWEN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to

promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-CR-14028-CANNON/MAYNARD

v.

FREDERICK ANDERSON BOWEN

**CERTIFICATE OF TRIAL ATTORNEY**

/

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami  ☐ Key West  ☒ FTP
☐ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☒ 0 to 5 days              ☐ Petty
   II  ☐ 6 to 10 days             ☐ Minor
   III ☐ 11 to 20 days            ☐ Misdemeanor
   IV  ☐ 21 to 60 days            ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
CHRISTOPHER H. HUDOCK
Assistant United States Attorney
FL Bar No.    92454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: FREDERICK ANDERSON BOWEN

**Case No**: 23-CR-14028-CANNON/MAYNARD

Count #: 1

Production of Visual Depictions Involving Sexual Exploitation of Minors, 18: 2251(a) and(e) &2

* **Max. Term of Imprisonment:** 30 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 Years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

Count #: 2

Production of Visual Depictions Involving Sexual Exploitation of Minors, 18: 2251(a) and(e) &2

* **Max. Term of Imprisonment:** 30 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 Years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.